AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Casper, Denise J. | **2. Court or Organization**<br><br>U.S. District Court for District of MA | **3. Date of Report**<br><br>09/15/2017 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |
| **7. Chambers or Office Address**<br><br>U.S. Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Honorary Trustee | Big Sister Association of Greater Boston, Inc. |
| 2. | Director | The Steppingstone Foundation |
| 3. | Trustee | The Park School |
| 4. | Fund Advisor | Donor Advised Fund #1 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 09/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 09/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 09/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | N | T | | | | | |
| 2. Ally Bank Accounts | B | Interest | O | T | Open | 06/22/16 | N | | |
| 3. Thermo Fisher Scientific Common Stock (TMO). | C | Dividend | O | T | Sold (part) | 04/07/16 | P1 | G | |
| 4. | | | | | Donated (part) | | | | |
| 5. Thermo Fisher Scientific Stock Options | | None | P3 | T | | | | | |
| 6. Thermo Fisher Scientific Restricted Stock Units (TMO). See Notes. | B | Dividend | L | T | | 08/26/16 | L | F | |
| 7. | | | | | | | | | |
| 8. Bain Capital Fund VIII Limited Partnership (Y) | | | | | | | | | |
| 9. Bain Capital VII Limited Partnership (Y) | | | | | | | | | |
| 10. Bain Venture Fund 2001 Limited Partnership (Y) | | | | | | | | | |
| 11. Water Street Healthcare Partners limited partnership | G | Distribution | L | W | | | | | |
| 12. Water Street Healthcare Partners II limited partnership | E | Distribution | N | W | | | | | |
| 13. TPG FOF VI-QP, LP | E | Distribution | M | W | | | | | |
| 14. TPG FOF V-QP-AIV | E | Distribution | K | W | | | | | |
| 15. Special Opportunities Fund III limited partnership | E | Distribution | M | W | | | | | |
| 16. Special Opportunities Fund IV limited partnership | E | Distribution | M | W | | | | | |
| 17. Charlesbank Equity Coinvestment Fund VII, LP | D | Distribution | L | W | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. Trust #1 assets listed with -- below | | | | | | | | | |
| 20. --Schwab Gov't Money Fund (SWGXX) | A | Dividend | J | T | | | | | |
| 21. --Ishares MSCI ACWI ETF IV (ACWI) | B | Dividend | L | T | Buy | 04/18/16 | J | | |
| 22. | | | | | Sold (part) | 06/22/16 | J | A | |
| 23. | | | | | Buy (add'l) | 12/22/16 | K | | |
| 24. US Savings Bonds | A | Interest | K | W | | | | | |
| 25. Schwab Gov't Money Fund (SWGXX) | | None | J | T | | | | | |
| 26. Doubleline Core Fixed Income Fund (DBLFX) | E | Dividend | O | T | Buy (add'l) | 03/29/16 | N | | |
| 27. | | | | | Buy (add'l) | 06/02/16 | N | | |
| 28. United St Commodity ETF Index Fund (USCI) | | None | K | T | | | | | |
| 29. Charles Schwab Money Market Accounts (SWGXX) | A | Dividend | P1 | T | | | | | |
| 30. AMG GW&K Muni BD FD Inst (GWMIX) | E | Distribution | P1 | T | | | | | |
| 31. Doubleline Core Fixed (DBLFX) | E | Dividend | P1 | T | Buy (add'l) | 01/29/16 | O | | |
| 32. Altair Smaller Companies Fd Inst (ASCSZ) | | None | O | T | | | | | |
| 33. Boston Partners Long (BPLSX) | | None | P1 | T | Buy (add'l) | 01/28/16 | N | | |
| 34. | | | | | Buy (add'l) | 06/02/16 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 09/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Driehaus Emerging Mrkts (DREGX) | B | Dividend | N | T | | | | | |
| 36. FPA Crescent Fund Inst (FPC1Z) | E | Dividend | O | T | Buy (add'l) | 06/02/16 | M | | |
| 37. Intrepid Capital FD Inst (ICMVX) | E | Dividend | O | T | Buy | 06/02/16 | O | | |
| 38. Manning & Napier World Oppty A (EXWAX) | E | Dividend | P1 | T | | | | | |
| 39. Matisse Discounted Closed End FD Strategy (MDCEX) | E | Dividend | N | T | Buy (add'l) | 06/02/16 | K | | |
| 40. Oakmark Select Fund Inv (OAKLX) | E | Dividend | O | T | Sold (part) | 01/28/16 | M | | |
| 41. Touchstone Sands Capital Instl Growth Fund (CISGX) | A | Dividend | J | T | Sold (part) | 01/28/16 | M | | |
| 42. | | | | | Sold (part) | 12/09/16 | O | | |
| 43. Van Eck Cm Commodity Index Fd 1 (COMIX) | E | Dividend | N | T | | | | | |
| 44. Vanguard Glbl Ex US Real Estate Index Admiral (VGRLX) | E | Dividend | O | T | | | | | |
| 45. Vanguard Growth Index FD (VIGAX) | C | Dividend | O | T | Buy | 12/12/16 | O | | |
| 46. Vanguard REIT Index Admiral Share (VGSLX) | D | Dividend | O | T | | | | | |
| 47. Call CBOE Volatility Index (VIX) exp. 4/20/16 | | None | | | Buy | 02/29/16 | K | | |
| 48. | | | | | Expired | 04/20/16 | J | | |
| 49. Put S&P Index (SPX) exp. 12/16/16 | | None | | | Buy | 05/06/16 | L | | |
| 50. | | | | | Expired | 12/16/16 | J | | |
| 51. Put S&P Index (SPX) exp. 3/17/17 | | None | L | W | Buy | 11/10/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 09/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. United States Commodity Index (USCI) | | None | M | T | | | | | |
| 53. Pimco Global Multi Asset Cl Inst (PGAIX) | | None | | | Sold | 01/28/16 | O | | |
| 54. Aurora Horizons Y (AHFYX) | | None | | | Sold | 05/31/16 | O | | |
| 55. Templeton Global Bond Fund ADV CL (TGBAX) | B | Dividend | | | Sold | 02/12/16 | O | | |
| 56. | | | | | | | | | |
| 57. United St Commodity ETF Index Fund (USCI) | | None | M | T | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 09/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Line 6: Vesting of Thermo Fisher Scientific Restricted Stock Units. Vested units are moved to line 3.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Denise J. Casper**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544